TO: The Clerk of the Court of Appeals for the 14th Supreme Judicial District

Cause Number 15-CCV-055306

| | | |
|---|---|---|
| Junior Properties LLC | )( | County Court at Law 1 |
| | )( | |
| VS | )( | |
| | )( | |
| Uwakwe C Oko, Victoria Oko, and/or All Occupants of | )( | |
| 2422 Hawthorne Brooke Lane, Fresno, Texas 77545 | )( | FORT BEND COUNTY, TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

10/5/2015 10:46:07 AM

CHRISTOPHER A. PRINE
Clerk

JUDGE PRESIDING: Christopher G Morales

COURT REPORTER: Stephanie A Webb

COUNSEL FOR APPELLANT: Uwakwe C Oko
Victoria I Oko

ADDRESS: 2422 Hawthorne Brook Lane
Fresno TX 77545

TELEPHONE NO: 832-882-1777

COUNSEL FOR APPELLEE: Keval Patel

ADDRESS: Attorney At Law
19855 SW Freeway Suite 330
Sugar Land TX 77479

TELEPHONE NO: 281-313-5300

TYPE AND DATE OF DISPOSITION: Final Judgment signed August 13, 2015

JURY TRIAL: No

APPEALS CONSOLIDATED UNDER THIS CASE:

COMPANION CASES:

NOTICE OF APPEAL FILED ON: 09/08/2015

MOTION FOR NEW TRIAL FILED: 09/08/2015

MOTION TO MODIFY JUDGMENT FILED:

MOTION TO REINSTATE FILED:

REQUEST FOR FINDINGS AND CONCLUSIONS FILED:

LAURA RICHARD, COUNTY CLERK
FORT BEND COUNTY, TEXAS

By _____
Michael V. Coco, Deputy

NOTICE OF APPEAL
i:\CIVIC\APPEAL\NOTICE.DOC

CAUSE NO. 15-CCV-055306

| JUNIOR PROPERTIES LLC | § | IN THE COUNTY COURT |
|---|---|---|
| | § | |
| Plaintiff | § | AT LAW NO. 1 |
| | § | |
| Vs. | § | |
| | § | OF FORT BEND COUNTY, TEXAS |
| UWAKWE C. OKO & VICTORIA I. | § | |
| OKO | | |
| Defendants | | |

## NOTICE OF APPEAL

**NOW COMES** Defendants, Uwakwe C, Oko and Victoria I. Oko, (herein after referred as "Plaintiffs") in the above-entitled and numbered cause files this their Interlocutory Appeal of the Court's Judgment of August 13th, 2015:

### PROCEDURAL HISTORY

1. Plaintiff sued Defendants

2. Defendants filed answers, and entered Appearances.

3. On August 13, 2015, the Court granted Plaintiff's Motion for Summary Judgment.

4. On today, Plaintiffs are filing by mail their notice of Appeal.

### ARGUMENT

5. The County Court erred in granting Plaintiff's Motion for summary Judgment because Plaintiff's Amended Notice of Hearing was received by Plaintiff, Victoria Oko on August 10, 2015, only three days prior to the hearing of August 13, 2015, and less than the 21 days required by the rules. Herein incorporated and hereto attached as exhibit 1 is the U. S. Post Office tracking for the 2 certified letters received by Plaintiff.

## PRAYER & CONCLUSION

For these reasons, Defendants, Uwakwe C. Oko and Victoria I. Oko, files this their Appeal of the Court's Judgment.

Respectfully submitted,

By: _____ *Uwakwe C. Oko & Victoria Oko*

UWAKWE C. OKO
VICTORIA I. OKO
2422 HAWTHORNE BROOK LANE
FRESNO, TEXAS 77545
Tel: (832) 882-1777
PRO SE

## CERTIFICATE OF SERVICE

On the 22nd day of August 2015, the above and foregoing document was served on all parties pursuant to the rules.

_____
Uwakwe C. Oko & Victoria Oko

FILED
15 SEP -8 PM 4:03
COUNTY CLERK
FORT BEND COUNTY, TEXAS

**USPS.COM**

# USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9414726699042025549330

Updated Delivery Day: **Monday, August 10, 2015**

## Product & Tracking Information

### Available Actions

**Postal Product:**        **Features:**
First-Class Mail®          Certified Mail™        Return Receipt          Text Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **August 10, 2015 , 1:39 pm** | Delivered | **FRESNO, TX 77545** |

Email Updates

Your item was delivered at 1:39 pm on August 10, 2015 in FRESNO, TX 77545.

| | | |
|---|---|---|
| August 10, 2015 , 9:41 am | Out for Delivery | FRESNO, TX 77545 |
| August 10, 2015 , 9:31 am | Sorting Complete | FRESNO, TX 77545 |
| August 10, 2015 , 6:44 am | Arrived at Unit | FRESNO, TX 77545 |
| August 9, 2015 , 4:22 am | Departed USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| August 6, 2015 , 10:42 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| August 6, 2015 , 6:14 pm | Departed Post Office | RICHMOND, TX 77469 |
| August 6, 2015 , 5:24 pm | Picked Up | RICHMOND, TX 77469 |





## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

*EXH. 1 A*

Office of Keval Patel, P.C.
5 Southwest Freeway, Suite 330
r Land, Texas 77479

US POSTAGE $9.650
FIRST-CLASS
062S0008377381
77479

B37738.22

9414 7266 9904 2025 5493 30

Uwakwe C. Oko
Victoria Oko
2422 Hawthorne Brook Lane
Fresno TX 77545-7213

FILED

# ꝮUSPS.COM

# USPS Tracking®



**Customer Service ›**
**Have questions? We're here to help.**



**Get Easy Tracking Updates ›**
**Sign up for My USPS.**

Tracking Number: **9414726699042025549347**

Updated Delivery Day: **Monday, August 10, 2015**

## Product & Tracking Information

### Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™    Return Receipt

Text Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **August 10, 2015 , 1:39 pm** | Delivered | **FRESNO, TX 77545** |

Email Updates

Your item was delivered at 1:39 pm on August 10, 2015 in FRESNO, TX 77545.

| | | |
|---|---|---|
| August 10, 2015 , 9:41 am | Out for Delivery | FRESNO, TX 77545 |
| August 10, 2015 , 9:31 am | Sorting Complete | FRESNO, TX 77545 |
| August 10, 2015 , 6:44 am | Arrived at Unit | FRESNO, TX 77545 |
| August 9, 2015 , 4:22 am | Departed USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| August 6, 2015 , 10:42 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| August 6, 2015 , 6:14 pm | Departed Post Office | RICHMOND, TX 77469 |
| August 6, 2015 , 5:24 pm | Picked Up | RICHMOND, TX 77469 |

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

*Exh. 1C*

Law Office of Keval P
19855 Southwest Freeway, Suite 330
Sugar Land, Texas 77479

9414 7266 9904 2025 5443 47

8.10.15

Uwakwe C. Oko
Victoria Oko
2422 Hawthorne Brook Lane
Fresno TX 77545-7213

FILED

'15 SEP -8 PM 4: 03

Laura Richard
COUNTY CLERK
FORT BEND COUNTY, TEXAS

EXH. 1D